**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-6676

BENJAMIN L. DOYLE, Sr.,

Plaintiff - Appellant,

versus

COLON WILLOUGHBY; DETECTIVE KENNON; OFFICER
TORRANCE; S. P. BARDY, Detective; CAPITAL
FORD; JEFFREY P. MANN; MACTEC ENGINEERING,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Terrence W. Boyle,
District Judge. (5:06-ct-03121-BO)

Submitted: August 23, 2007          Decided: August 30, 2007

Before WILLIAMS, Chief Judge, and WILKINS and HAMILTON, Senior
Circuit Judges.

Affirmed by unpublished per curiam opinion.

Benjamin L. Doyle, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Benjamin L. Doyle, Sr. appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Doyle v. Willoughby</u>, No. 5:06-ct-03121-BO (E.D.N.C. Apr. 2, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>